IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO FLORES VERA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. C-08-50 |
| | § | |
| STATE OF TEXAS, ET AL., | § | |
|    Defendant. | § | |

### ORDER DENYING MOTION TO APPEAL *IN FORMA PAUPERIS*

Plaintiff has filed a notice of appeal from the dismissal of his civil action pursuant to 42 U.S.C. § 1983. (D.E. 13.) He now seeks leave to proceed on appeal *in forma pauperis*. (D.E. 16.) As noted in the Magistrate Judge's Memorandum and Recommendation to Dismiss, adopted by this Court, Plaintiff is a litigant who has accumulated in excess of three strikes under 28 U.S.C. § 1915(g), and is barred from proceeding *in forma pauperis* in any civil action or appeal filed while he is in prison unless he shows that he is under imminent danger of serious physical injury.

Although his motion makes the conclusory statement that he is "under threats of harm," he provides no details in support of such a claim. He certainly has not made the showing required under § 1915(g) and thus is not entitled to proceed *in forma pauperis*.

For the foregoing reasons, Plaintiff's motion to proceed on appeal *in forma pauperis* (D.E. 16.) is DENIED.

It is so ORDERED this 29th day of April, 2008.

                                                  _____
                                                  Janis Graham Jack
                                                United States District Judge